IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

RYAN BONNEAU,                                Case No. 3:12-cv-02354-PA

        Petitioner,                                          ORDER

   v.

MARION FEATHER,

        Respondent.

PANNER, District Judge.

    This 28 U.S.C. § 2254 habeas corpus case comes before the court on petitioner's Motion for Temporary Restraining Order and/or Preliminary Injunction (#2). A party submitting a written motion to the court is required to serve the motion upon every party to the lawsuit. Fed. R. Civ. P. 5(a). Such motions must also include a certificate of service. Fed. R. Civ. P. 5(d)(1).

    Petitioner's Motion includes a Certificate of Service that does not purport to serve any documents on respondent. Petitioner asserts that he served "the following documents together via U.S.

1 - ORDER

Mail" but fails to identify any documents which he served. Accordingly, the court concludes that petitioner failed to properly serve his TRO Motion and supporting documents. Accordingly, the Motion for Temporary Restraining Order and/or Preliminary Injunction (#2) is denied, without prejudice.

IT IS SO ORDERED.

DATED this **26** day of February, 2013.

                                     _____
                                     Owen M. Panner
                                     United States District Judge

2 - ORDER